CHRIS T. RASMUSSEN, ESQ.
Nevada Bar 7149
RASMUSSEN & KANG
330 South 3rd Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Cruz Robles

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:14-cr-0254-LDG-PAL |
| | ) | |
| v. | ) | **EMERGENCY MOTION TO** |
| | ) | **WITHDRAW AS COUNSEL** |
| CESAR CRUZ-ROBLES, | ) | **AND APPOINTMENT OF COUNSEL** |
| | ) | **FOR PROSECUTION OF DIRECT** |
| Defendants. | ) | **APPEAL** |
| _____ | ) | |

    Defendant, CESAR CRUZ-ROBLES, by and through his attorney, CHRIS T. RASMUSSEN, ESQ., comes before the Court with an Emergency Motion to Withdraw so Counsel can be Appointed to Prosecute a Direct Appeal.

    1. Defendant Cruz-Robles was sentenced on April 30, 2015, in a case in which he plead guilty without a plea memorandum, he is now requesting his Counsel file a Notice of Appeal.

    2. Defendant's Counsel was retained for the criminal case only and believes Cruz-Robles is without funds to hire counsel to pursue his Direct Appeal.

    3. A request is made to withdraw as counsel to enable counsel be appointed to pursue the Direct Appeal.

WHEREFORE, Counsel for Cruz-Robles requests an Order allowing him to Withdraw as Counsel of Record.

DATED this 8th day of May, 2015

Respectfully submitted

_____/s/_____
CHRIS THOMAS RASMUSSEN
Attorney for Cesar Robles-Cruz

ORDER

IT IS SO ORDERED.
DATED this  11th   day of May, 2015.

_____
Lloyd D. George
Sr. U.S. District Judge