# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CESAR CRUZ-ROBLES,

    Defendant.

Case No. 2:14-cr-00254-LDG (PAL)

**ORDER**

Defendant Cesar Cruz-Robles has filed a Motion (ECF No. 42) and Amended Motion for Early Release for Nonviolent Offenders (ECF No. 43). The United States has filed a response (ECF No. 46). Having read and considered the arguments, the Court will deny the defendant's motions.

The defendant's motion relies solely on House Bill H.R. 71, the "Federal Prison Bureau Nonviolent Offender Relief Act of 2015," introduced to the House during the 114th Congress of the United States. H.R. 71 proposes certain amendments to 18 U.S.C. §3624. The defendant refers to H.R. 71 as if it had been enacted, and as if §3624 has been amended as proposed in that bill. The defendant offers no argument or evidence that H.R.

71 was enacted, or that §3624 has been amended as proposed in H.R. 71. Rather, a review of §3624 establishes that it has not been amended as was proposed in H.R. 71.

As the defendant has not shown that he is eligible for release pursuant to §3624, as currently enacted, the defendant is not entitled to the relief he seeks in his motion. Accordingly,

THE COURT **ORDERS** that Defendant's Motion (ECF No. 42) and Amended Motion (ECF No. 43) for Early Release for Nonviolent Offenders is DENIED.

DATED this 2 day of August, 2017.

Lloyd D. George
United States District Judge